# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00815-CV

### N. D., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

---

**FROM THE COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY NO. 13-0139-CPS1, HONORABLE SUZANNE BROOKS, JUDGE PRESIDING**

---

## O R D E R

**PER CURIAM**

Appellant N.D. filed her notice of appeal on December 22, 2014. The appellate record was complete January 5, 2015, making appellant's brief due January 26, 2015. On January 27, 2015, counsel for appellant filed a motion for extension of time to file appellant's brief.

Amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion in part and order counsel to file appellant's brief no later than February 13, 2015. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on January 29, 2015.

Before Chief Justice Rose, Justices Goodwin and Field